**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PATRICIA GLENN WILLIAMS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-cv-00193-JRG-RSP |
| | § | |
| COMSTOCK OIL & GAS, LP, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## <u>ORDER</u>

Defendants Paula Hernandez, Comstock Oil & Gas, LP, Elizabeth B. Davis, and Comstock Resources, Inc. previously filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. No. 11.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 18), recommending grant of Defendants' Motion to Dismiss. Patricia Glenn Williams has now filed Objections (Dkt. No. 20), Defendants filing a Response (Dkt. No. 21.).

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and the briefing on Williams' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Williams' Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss (Dkt. No. 11) is **GRANTED,** and this action is **DISMISSED** for lack of subject matter jurisdiction**.**

**So ORDERED and SIGNED this 30th day of September, 2024.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE